IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:18-cr-00344-5 |
| | § | |
| JAMES DON JACKSON, M.D. | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO TRAVEL

On this Day came to be considered Defendant, James Don Jackson, M.D.'s Unopposed Emergency Motion to Travel from Tyler to Waco, Texas from May 15, 2019 to May 21, 2019 and from May 31, 2019 to June 2, 2019. The Court after duly considering said Motion finds that the Motion should be and it is hereby GRANTED.

It is ORDERED that Defendant, James Don Jackson, M.D., is permitted to travel from Tyler to Waco, Texas from May 15, 2019 to May 21, 2019 and from May 31, 2019 to June 2, 2019.

Signed at Houston, Texas on this ___13th___ day of May 2019.

_____
Sim Lake
United States District Judge